In the Matter of the Probate of the Will of DAVID E. LAMBORN, Deceased.

CHARLES G. MEEHAN et al., Appellants; ARTEMAS E. WARD, as Administrator of the Estate of DAVID E. LAMBORN, Deceased, et al., Respondents.

Argued January 5, 1939; decided February 21, 1939.

*Charles Caldwell* and *William R. Perkins* for Charles G. Meehan et al., appellants.

*Todd Wool* and *William Burdell Banister* for Mary Flanagan et al., appellants.

*Elmer E. Wigg, Brent W. Blythe* and *Edward J. Hogarty* for Artemas E. Ward, as administrator, et al., respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: LEHMAN, J.